IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| vs. | Docket No. 3:17CR182-001 |
| Christopher Paul Murphy | |

**AMENDED ORDER EXTENDING THE FINAL DISCLOSURE OF THE PRESENTENCE INVESTIGATION REPORT**

The date for submission of the Final Presentence Report is February 20, 2018.

_2.14.18_
Date

_[signature]_
The Honorable Walter H. Rice
United States District Judge