# IN UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>vs )<br>)<br>)<br>CHRISTOPEHR PAUL MURPHY | Case No. 3:17-CR-182 |

## ORDER TERMINATING SUPERVISED RELEASE

On March 6, 2019, the above named was sentenced to twelve (12) months and one (1) day imprisonment followed by a three (3) year term of Supervised Release. The Defendant on July 15, 2021, filed an Unopposed Motion for Early Termination of Supervised Release (doc. 47) requesting the termination of his remaining unserved term of Supervised Release.

Based upon the position of the U.S. Probation Department, no objection from the Government, and for good cause shown, Defendant's motion (doc. 47) is **GRANTED**. It is hereby ordered that the Defendant, Christopher Paul Murphy, be discharged from Supervised Release and that the proceedings in the case be terminated.

**IT IS SO ORDERED.**

Dated: July 21, 2021

_____
Walter H. Rice, Judge
United States District Court